## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

SCOTT J. SELIGMAN,

        Plaintiff,

    v.

STERLING BANCORP, INC.,

        Defendant.

Case No. 5:22-cv-12660-JEL-EAS

Hon. Judith E. Levy

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Scott J. Seligman dismisses this action without prejudice.  Dismissal is proper under Rule 41(a)(1)(A)(i) because Defendant has not served an answer or a motion for summary judgment.

DATED:  January 12, 2023

Respectfully submitted,

*/s/ Jeffrey B. Morganroth*
Jeffrey B. Morganroth (P41670)
Morganroth & Morganroth, PLLC
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009-5310
(248) 864-4000
jmorganroth@morganrothlaw.com

*/s/ Chantale Fiebig*
Chantale Fiebig
Mark A. Perry
Crystal L. Weeks
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Fax: (202) 857-0940

chantale.fiebig@weil.com
mark.perry@weil.com
crystal.weeks@weil.com

/s/ *Michael R. Smith*
Michael R. Smith
Benjamin Lee
King & Spalding LLP
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
404-572-4600
mrsmith@kslaw.com
blee@kslaw.com

*Counsel for Plaintiff Scott J. Seligman*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2023, I caused a copy of the foregoing Notice of Voluntary Dismissal to be electronically filed with the U.S. District Court for the Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

DATED:  January 12, 2023

Respectfully submitted,

*/s/ Jeffrey B. Morganroth*
Jeffrey B. Morganroth (P41670)
Morganroth & Morganroth, PLLC
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009-5310
(248) 864-4000
jmorganroth@morganrothlaw.com

*/s/ Chantale Fiebig*
Chantale Fiebig
Mark A. Perry
Crystal L. Weeks
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Fax: (202) 857-0940
chantale.fiebig@weil.com
mark.perry@weil.com
crystal.weeks@weil.com

/s/ *Michael R. Smith*
Michael R. Smith
Benjamin Lee
King & Spalding LLP
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
404-572-4600
mrsmith@kslaw.com
blee@kslaw.com

*Counsel for Plaintiff Scott J. Seligman*